**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                         Case Number 13–33828–KRH

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on July 15, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Johannes C. Fens<br>aka Johannes C. Fens Sr., aka John C. Fens<br>2708 Galena Avenue<br>North Chesterfield, VA 23237 | Mary G. Fens<br>aka Mary G. Dawson, aka Mary Gene Fens<br>2708 Galena Avenue<br>North Chesterfield, VA 23237 |
| Case Number:   13–33828–KRH<br>Office Code:   3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–3766<br>xxx–xx–8984 |
| Attorney for Debtor(s) (name and address):<br>Pia J. North<br>North & Associates, P.C.<br>5913 Harbour Park Drive<br>Midlothian, VA 23112<br>Telephone number:  804–739–3700 | Bankruptcy Trustee (name and address):<br>Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218–1780<br>Telephone number:  (804) 775–0979 |

### Meeting of Creditors
Date: **August 29, 2013**                                           Time: **10:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **November 27, 2013**          For a governmental unit: **January 13, 2014**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  October 28, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date: **October 2, 2013**                                           Time: **09:10 AM**
Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: July 16, 2013 |

**EXPLANATIONS**          B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                             United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                              Case No. 13-33828-KRH
Johannes C. Fens                                                    Chapter 13
Mary G. Fens
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0422-7            User: mullert                Page 1 of 3                  Date Rcvd: Jul 16, 2013
                                Form ID: B9I                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
db/jdb        +Johannes C. Fens,    Mary G. Fens,    2708 Galena Avenue,    North Chesterfield, VA 23237-4638
tr             Robert E. Hyman,    P.O. Box 1780,    Richmond, VA 23218-1780
11893069      +Argent Federal Credit,    11651 Alliance Cir,    Chester, VA 23831-1451
11893070       Argentfcu,    5403 Jefferson Davis Hwy.,    Richmond, VA 23234-2257
11893072      +Chesterfield Fire & EMS,    PO Box 1658,    Chesterfield, VA 23832-9125
11893074      +Commonwealth Hospitalist Servi,    11357 Nuckols Road,    PMB 173,   Glen Allen, VA 23059-5504
11893075       Commonwealth of VA-Tax,    P.O. Box 2156,    Richmond, VA 23218-2156
11893076      +Corporation Service Co. RegAgt,    Wells Fargo Home Mortgage,    1111 E. Main St. 16th Floor,
                Richmond, VA 23219-3532
11893078      +Diabetes Endocrine & Internal,    7153 Jahnke Road,    Richmond, VA 23225-4017
11893084      +KCI USA, Inc,    P.O. Box 203084,    Houston, TX 77216-3084
11893067      +North & Associates, PC,    Pia J. North,    5913 Harbour Park Drive,    Midlothian, VA 23112-2163
11893085      +Pulmonary Associates of Rich,    1000 Boulders Pkwy 102,    Richmond, VA 23225-5515
11893086       Radiology Assoc of Richmond,    P.O. Box 79923,    Baltimore, MD 21279-9923
11893087     ++SCHETTINE & NGUYEN PLC,    10 SOUTH 23RD STREET,    RICHMOND VA 23223-7814
               (address filed with court: Schettine & Nguyen,    319 West Franklin Street,    Second Floor,
                Richmond, VA 23220)
11893090      +VCI,   7202 Glen Forest Drive,    Suite 200,    Richmond, VA 23226-3780
11893092      +Virginia Emergency Phy,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
11893093      +Virginia Emergency Phys LLP,    PO Box 17695,    Baltimore, MD 21297-1695
11893096      +Wells Fargo Financial Chairman,    President, CEO John G. Stumpf,    420 Mongomery St.,
                San Francisco, CA 94104-1207
11893098      +West End Administrators,    8814 Fargo Road,    Suite 200,    Henrico, VA 23229-4647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: northlawhelp@pianorth.com Jul 17 2013 02:14:22     Pia J. North,
                North & Associates, P.C.,    5913 Harbour Park Drive,   Midlothian, VA   23112
11893068      +EDI: AMEREXPR.COM Jul 17 2013 02:08:00     Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
11893073      +EDI: HCA2.COM Jul 17 2013 02:09:00     CJW Medical Center,    P.O. Box 13620,
                Richmond, VA 23225-8620
11893071      +EDI: CHASE.COM Jul 17 2013 02:08:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
11893077      +EDI: CRFRSTNA.COM Jul 17 2013 02:08:00     Credit First N A,    6275 Eastland Rd,
                Brookpark, OH 44142-1399
11893079       EDI: BANKAMER.COM Jul 17 2013 02:08:00     Fia Csna,   4060 Ogletown/Stanton Rd,
                Newark, DE 19713
11893080      +EDI: HCA2.COM Jul 17 2013 02:09:00     Henrico Doctors Hospital,    P.O. Box 99400,
                Louisville, KY 40269-0400
11893081      +EDI: HCA2.COM Jul 17 2013 02:09:00     Henrico Doctors Hospital,    P. O. Box 740760,
                Cincinnati, OH 45274-0760
11893082       EDI: HCA2.COM Jul 17 2013 02:09:00     Henrico Doctors' Hospital,    Post Office Box 13620,
                Richmond, VA 23225-8620
11893083      +EDI: IRS.COM Jul 17 2013 02:08:00     Internal Revenue Service,    Insolvency Unit,
                Post Office Box 7346,    Philadelphia, PA 19101-7346
11893088      +EDI: SEARS.COM Jul 17 2013 02:08:00     Sears/Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
11893089      +EDI: STF1.COM Jul 17 2013 02:08:00     Suntrust Bank,   Po Box 85052,    Richmond, VA 23285-5052
11893091       E-mail/Text: sbatts@vacardio.com Jul 17 2013 02:21:30     Virginia Cardiovascular Spec.,
                PO Box 791183,    Baltimore, MD 21279-1183
11893094      +EDI: WFFC.COM Jul 17 2013 02:08:00     Wells Fargo Bank Nv Na,    Po Box 31557,
                Billings, MT 59107-1557
11893097      +EDI: WFFC.COM Jul 17 2013 02:08:00     Wells Fargo Financial VA Inc.,    Fka Norwest,
                800 Walnut Street,    Des Moines, IA 50309-3605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11893095     ##+Wells Fargo Bank Nv Na,    Po Box 94435,   Albuquerque, NM 87199-4435
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0422-7          User: mullert              Page 2 of 3              Date Rcvd: Jul 16, 2013
                              Form ID: B9I               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                           **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: mullert              Page 3 of 3               Date Rcvd: Jul 16, 2013
                              Form ID: B9I               Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

      Pia J. North    on behalf of Joint Debtor Mary G. Fens
       lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;beth@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@Iamthewolf.com

      Pia J. North    on behalf of Debtor Johannes C. Fens
       lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;beth@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@Iamthewolf.com

      Robert E. Hyman    station08@ricva.net,
       notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ricva.net;stat

                                                                                    TOTAL: 3